No. 901. Bakery & Pastry Drivers & Helpers Local 802 of the International Brotherhood of Teamsters et al. *v.* Wohl et al.

June 2, 1941. *Per Curiam:* The petition for rehearing is granted. The order denying certiorari, *post*, p. 572, is vacated and the petition for writ of certiorari is granted. The judgment is reversed. *American Federation of Labor*

v. *Swing,* 312 U. S. 321. *Mr. Edward C. Maguire* for petitioners. *Hyman Wohl* and *Louis Platzman, pro se.*